UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Alyssa Burns, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Kimberly-Clark Corporation,

    Defendant.

---

Case No. 1:25-cv-01662-MAD-PJE

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alyssa Burns, individually on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice and without costs or fees awarded to either party.

Dated: January 5, 2026

**FURIA LAW, LLC**

By: *[signature: Philip Furia]*

Philip J. Furia
880 Third Avenue, Fifth Floor
New York, New York 10022
Tel : 646-830-1915
furiap@furiafirm.com

*Counsel for Plaintiff and the Class*